UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC. ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| *v.* ) | Case No. 19-2743-CJN |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| *Defendant*. ) | |

## JOINT STIPULATION

Plaintiff Judicial Watch and Defendant U.S. Department of Justice, through and by their respective counsel, conferred and hereby stipulate to the following undisputed facts in this Freedom of Information Act ("FOIA") matter:

1. Plaintiff does not challenge the adequacy of Defendant's search in this case.

2. Only four pages of records, as identified in the *Vaughn* Index, are in dispute this case.

Dated: December 14, 2020

/s/ Lauren M. Burke
LAUREN M. BURKE
D.C. Bar No. 1028811
Judicial Watch, Inc.
425 Third Street SW. Suite 800
Washington, DC  20024
Tel:  (202) 646-5172
Email: lburke@judicialwatch.org

*Counsel for Plaintiff*

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

By:  /s/ John C. Truong
JOHN C. TRUONG
D.C. BAR #465901
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2524

Gov. Exh. I

Fax: (202) 252-2599
E-mail: John.Truong@usdoj.gov

*Counsel for Defendant*

Gov. Exh. I