UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC. ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| *v.* ) | Case No. 19-2743-CJN |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| *Defendant*. ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's September 8, 2021, Minute Order, the Parties conferred and respectfully submit the following status report in this Freedom of Information Act ("FOIA") case:

1. Consistent with the Court's September 8, 2021, Minute Order, Defendant re-processed the FOIA Exemption imprinting of the four-page document at issue here.

2. Defendant shared that re-processed version to Plaintiff on October 4, 2021.

3. The Parties conferred on the revised imprinting and Plaintiff has narrowed its challenges to the redactions marked with "yellow highlights" in the attached document. *See* Ex. A.

4. Defendant continues to stand by its redactions and believes that, among other things, the declarations (ECF Nos. 19-3 and 29-1) and the *Vaughn* Index (ECF No. 19-3, p. 35) previously submitted to the Court support Defendant's withholdings. The legal and factual bases supporting Defendant's redactions are set forth in its various court submissions. *See* Defendant's Motion for Summary Judgment (ECF No. 19) and Reply and Opposition to Cross-Motion for

Summary Judgment (ECF No. 29). Defendant maintains that the Court can rule on the contested redactions without the need for *in camera* review.

5. Plaintiff continues to challenge the highlighted withholdings for the reasons described in its summary judgment motion briefing documents. *See* Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Cross-Motion for Summary Judgment with supporting affidavit (ECF Nos. 20 & 21); Plaintiff's Supplemental Opposition and Cross-Motion for Summary Judgment (ECF Nos. 25 & 26); and Plaintiff's Reply with supporting affidavit (ECF No. 31). Plaintiff emphasizes that *in-camera* review of the four-page record at issue is appropriate.

6. The Parties do not believe that any further briefing is necessary. However, the Parties are available to do so should the Court require additional argument on the matter.

Respectfully submitted,

| | |
|---|---|
| */s/ Lauren M. Burke* | CHANNING D. PHILLIPS |
| LAUREN M. BURKE | D.C. Bar #415793 |
| D.C. Bar No. 1028811 | Acting United States Attorney |
| Judicial Watch, Inc. | |
| 425 Third Street SW. Suite 800 | BRIAN P. HUDAK |
| Washington, DC  20024 | Acting Chief, Civil Division |
| Tel:  (202) 646-5172 | |
| Email: lburke@judicialwatch.org | By:  */s/ John C. Truong* |
| | JOHN C. TRUONG |
| *Counsel for Plaintiff* | D.C. BAR #465901 |
| | Assistant United States Attorney |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | Tel: (202) 252-2524 |
| | Fax: (202) 252-2599 |
| | E-mail: John.Truong@usdoj.gov |
| | |
| | *Counsel for Defendant* |

October 18, 2021

```
ALL FBI INFORMATION CONTAINED                                                           b6 -1
HEREIN IS UNCLASSIFIED              [ b7E ]                                             b7C -1
DATE 11-21-2019 BY [b6/b7C] NSICG                             Official Record  b7E -1
FD-1057 (Rev 5-8-10)        (U)    SECRET//ORCON/NOFORN
```

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

(U)  Title: (S//OC/NF) CROSSFIRE HURRICANE                 Date: 07/31/2016

CC: JONATHAN C. MOFFA                                                      b6 -1
    [b6/b7C]                                                               b7C -1
    STRZOK PETER P II

From: COUNTERINTELLIGENCE
      [b7E]                                                                b7E -2
      Contact: STRZOK PETER P II, [b7E]

Approved By: STRZOK PETER P II

Drafted By: STRZOK PETER P II

Case ID #: [b3/b7E]    (S//OC/NF) CROSSFIRE HURRICANE;         b3 -1
                       FOREIGN AGENTS REGISTRATION ACT -       b7E -1
                       RUSSIA;
                       SENSITIVE INVESTIGATIVE MATTER

                    —DOCUMENT RESTRICTED TO CASE PARTICIPANTS—
This document contains information that is restricted to case participants.

(U)  Synopsis: (S//OC/NF) Opens and assigns investigation

                    Reason: 1.4(b)
                    Derived From: FBI
                    NSISC-20090615
                    Declassify On: 20411231

Full Investigation Initiated: 07/31/2016

Details:

(U) (S//NF) An investigation is being opened based on information received    b7E -2
    from Legat [b7E] on 07/29/2016.  The text of that email follows:

                       (U)    SECRET//ORCON/NOFORN

FBI(19 cv 2743) 1

JSR - Exhibit A

[b7E]

(U) ~~SECRET//ORCON/NOFORN~~

(U) Title: (X//OC/NF) CROSSFIRE HURRICANE   b3 -1
(U) Re: [b3/b7E], 07/31/2016   b7E -1

BEGIN EMAIL

(U//FOUO) Legat [b7E] information from [b6] Deputy   b7E -2
Chief of Mission   b6 per DOS

Synopsis:
(U//FOUO) Legat [b7E] received information from the [b6]   b7E -2
[b6] Deputy Chief of Mission related to the hacking of the Democratic   b6 per DOS
National Committee's website/server.

Details:
(U) b6 -1
b7C -1   (X//REL TO USA, b7E) On Wednesday, July 27, 2016, Legal Attaché (Legat)
b7D -1   [b6/b7C] was summoned to the Office of the Deputy Chief of
b7E -2   Mission (DCM) for the [b6] who   b6 per DOS
will be leaving [b6] post Saturday, July 30, 2016 and set to soon
thereafter retire from government service, advised [b6] was called by
b6 per DOS   [b7D/b7E]
b7D -1   [b7D] about an urgent matter requiring an in person
b7E -2   meeting with the U.S. Ambassador. [Note: [b7D/b7E]
[b7D/b7E] The [b6]   b7D -1
[b6/b7E] was scheduled to be away from post until mid-August,   b7E -2
therefore [b6] attended the meeting.   b6 per DOS
(U)
b7D -1   (X b7E) [b7D] advised that [b7D/b7E] government
b7E -2   had been seeking prominent members of the Donald Trump campaign in
which to engage to prepare for potential post-election relations should
Trump be elected U.S. President. One of the people identified was
George Papadopolous (although public media sources provide a spelling
of Papadopoulos), who was believed to be one of Donald Trump's foreign
policy advisers. Mr. Papadopoulos was located in [b7D/b7E] so the   b7D -1
[b7D/b7E] met with him on several occasions,   b7E -2
with [b7D] attending at least one of the meetings.
(U) (X b7E) [b7D] recalled [b7D]   b7D -1
of the meetings between Mr. Papadopolous and [b7D]   b7E -2
concerning statements Mr. Papadopolous made about suggestions from the
Russians that they (the Russians) could assist the Trump campaign with
the anonymous release of information during the campaign that would be

(U) ~~SECRET//ORCON/NOFORN~~

2

FBI(19-cv-2743)-2

JSR - Exhibit A

b7E

(U) ~~SECRET//ORCON/NOFORN~~                                          b3 -1
                                                                      b7E -1
(U)  Title: ~~(S//OC/NF)~~ CROSSFIRE HURRICANE
     Re: [b3/b7E] 07/31/2016

                                                                      b6 -1
                                                                      b7C -1
damaging to Hillary Clinton. [b6] provided a copy of the              b7D -1
reporting that was provided to [b6] from [b7D] to Legat [b6/b7C] The  b6 per DOS
text is exactly as follows:
[Begin Text]

(U) ~~(S//b7E)~~ 5. Mr Papadopolous [b7D]                             b7D -1
[b7D]                                                                 b7E -2
[b7D] also suggested the Trump team had received some
kind of suggestion from Russia that it could assist this process with
the anonymous release of information during the campaign that would be
damaging to Mrs Clinton (and President Obama). It was unclear whether
he or the Russians were referring to material acquired publicly of
through other means. It was also unclear how Mr Trump's team reacted to
the offer. We note the Trump team's reaction could, in the end, have
little bearing of what Russia decides to do, with or without Mr Trump's
cooperation.
[End Text]

~~(S//)~~ [b1/b7D/b7E]                                                b1 per DOS
[b1/b7D/b7E]                                                          b7D -1
(U)                                                                   b7E -2

~~(S//)~~ [b7E] Legat requests that further action on this information
should consider the sensitivity that this information was provided    b7D -1
through informal diplomatic channels from [b7D/b7E] to the U.S.       b7E -2
Embassy's DCM. It was clear from the conversation Legat [b6/b7C] had with  b6 -1
                                                                      b7C -1
b7D -1  DCM that [b7D] knew follow-up by the U.S. government would be
b7E -2  necessary, but extraordinary efforts should be made to protect the
        source of this information until such a time that a request from our
        organization can be made to [b7D/b7E] to obtain this          b7D -1
        information through formal channels.                          b7E -2

END EMAIL

(U) ~~(S//OC/NF)~~ Based on the information provided by Legat [b7E] this   b7E -2
investigation is being opened to determine whether individual(s)

(U) ~~SECRET//ORCON/NOFORN~~

b7E

(U) ~~SECRET//ORCON/NOFORN~~

b3 -1
b7E -1

(U) Title: ~~(S//OC/NF)~~ CROSSFIRE HURRICANE
Re: b3/b7E   07/31/2016

associated with the Trump campaign are witting of and/or coordinating activities with the Government of Russia.

♦♦

(U) ~~SECRET//ORCON/NOFORN~~

4