UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No. 19-2743-CJN |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| *Defendant*. | ) ) ) | |

## DEFENDANT'S RESPONSE TO THE COURT'S MAY 2, 2022 ORDER

The Court's May 2, 2022 Minute Order instructs Defendant to submit "a supplemental memorandum of up to 5 pages, supported by affidavit or declaration, explaining the positions and seniority held by any persons whose names are redacted from the 'CC:' section of the document." Consistent with that directive, Defendant respectfully submits the Second Declaration of Michael G. Seidel ("Second Seidel Decl."), attached as Exhibit A.

The Second Seidel Declaration describes the position and seniority of the names redacted from the "CC:" line of the affected four-page document. *See* Exh. A. The declaration explains the first name withheld is a "non-executive GS-14 Supervisory Agent." Second Seidel Decl. ¶ 4. The second redacted name concerns a "non-executive GS-15 Supervisory General Attorney," who is a Unit Chief in the National Security Cyber Law Branch, within the FBI's General Counsel's Office. *Id.* Most importantly, the declaration emphasizes that these two individuals "were not in a policy-making or public position" and they were copied for awareness purposes only. *Id.* Equally important is that these two individuals do not have "decision-making authority over the matters" contained in this four-page document. *Id.* This declaration reiterates that releasing the identities of these FBI employees would not reveal the FBI's functions but

disclosure would cause unwarranted intrusion of those individuals' substantial privacy. *Id.* ¶ 5 (citing the "initial" Seidel Declaration) (ECF No. 19-3, at ¶¶ 21-23).

Indeed, Defendant has previously argued that disclosure of these two redacted names would constitute a clearly unwarranted invasion of their personal privacy and there is no apparent countervailing public interest that supports disclosure. *See* Motion for Summary Judgment (ECF No. 19-2, p. 8-14) and Reply (ECF No. 29, p. 2-5). Defendant stands by the arguments as to the agency's redactions of the names from the "CC:" line under FOIA Exemptions 6 and 7(C). Given that the legal and factual rationale supporting the redactions apply with equal force here, particularly in light of the Second Seidel Declaration, to advance judicial economy and avoid overburdening the Court with duplicative submissions, Defendant respectfully incorporates and adopts herein the arguments sustaining the redactions under FOIA Exemptions 6 and 7(C) as asserted in its previously filed Motion for Summary Judgment (ECF No. 19-2, p. 8-14) and Reply (ECF No. 29, p. 2-5), including all accompanying exhibits and declarations thereto.[1] Defendant further incorporates and adopts its arguments relating to the agency's segregability obligations as set forth in those two previous submissions.

The Court, therefore, should award summary judgment in Defendant's favor and affirm the redactions of the two names listed on the "CC:" line on the affected document.

\* \* \*

---

[1] Should the Court find it necessary for Defendant to resubmit its arguments on the redactions in a separate filing, the agency stands ready to do so.

Dated: June 16, 2022                    Respectfully submitted,

                                                  MATTHEW M. GRAVES
                                                  D.C. Bar. #481052
                                                  United States Attorney

                                                  BRIAN P. HUDAK
                                                  Chief, Civil Division

                                      By:      _____//s//_____
                                                  JOHN C. TRUONG
                                                  D.C. BAR #465901
                                                  Assistant United States Attorney
                                                  601 D Street, N.W.
                                                  Washington, D.C. 20530
                                                  Tel: (202) 252-2524
                                                  Fax: (202) 252-2599
                                                  E-mail: John.Truong@usdoj.gov
                                                  Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>　　Defendant. | Civil Action No. 1:19-cv-02743-CJN |

## SECOND DECLARATION OF MICHAEL G. SEIDEL

I, Michael G. Seidel, declare as follows:

(1) I am the Section Chief of the Record/Information Dissemination Section ("RIDS"), Information Management Division ("IMD"), Federal Bureau of Investigation ("FBI"), Winchester, Virginia. My previous declaration dated December 14, 2020, explained my employment history and responsibilities at the FBI. (ECF No. 19-3, "First Seidel Declaration".) The statements contained in this declaration are based on my personal knowledge upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith. This declaration incorporates and supplements my prior declaration and is filed in support of Defendant's Reply in Support of Motion for Summary Judgment and Opposition to Cross-Motion for Summary Judgment to address specific concerns raised by Plaintiff in its April 20, 2021 Cross-Motion and Opposition to Summary Judgment. (ECF No. 26, "Cross-Opp MSJ".)

1

Exhibit A (Supplemental Filing)

(2)    Because of the nature of my official duties, I am familiar with the procedures followed by the FBI in responding to requests for information pursuant to the provisions of the FOIA, 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a. Specifically, I am aware of the FBI's handling of Plaintiff's request at issue in this lawsuit.

(3)    The FBI submits this declaration in response to the Court's May 2, 2022, minute order asking the FBI to file a supplemental memorandum supported by declaration explaining the position and seniority held by any person whose name are redacted from the "CC:" line.

(4)    The FBI withheld the names of two FBI employees in the "CC:" line of the document at issue. The first redaction contains the name of a non-executive GS-14 Supervisory Special Agent. The second redaction contains the name of a non-executive GS-15 Supervisory General Attorney. Specifically, a Unit Chief in the National Security Cyber Law Branch of the FBI's Office of General Counsel. Both employees were copied for awareness and were not members of the FBI's Senior Executive Service. They were not in policy-making or public positions and neither were exercising decision-making authority over the matters described in the document at issue.

(5)    As explained in my prior declaration, the disclosure of the identities of these FBI employees would not increase the public awareness of the FBI's functions but the release of the information would cause unwarranted intrusion of the substantial privacy interests implicated here. Declaration of Michael G. Seidel (date November 23, 2022), ¶¶21-23.

Exhibit A (Supplemental Filing)

(6)  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of June 2022.

_____
MICHAEL G. SEIDEL
Section Chief
Record/Information Dissemination Section
Information Management Division
Federal Bureau of Investigation
Winchester, Virginia

Exhibit A (Supplemental Filing)